# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Jonathan Lee Riches a/k/a
Faisal Shahzad,
Plaintiff
v.
Imam Anwar Al-Awlaki;
Nidal Malik Hasan;
Osama Bin Laden;
Dar Al-Hijra Mosque;
Guek Eav a/k/a Comrade Duch;
Khmer Rouge;
Phnom Penh,
Defendants

CASE NO. '10-CV-02089

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 30 2010
GREGORY C. LANGHAM
CLERK

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 23 2010
GREGORY C. LANGHAM
CLERK

Preliminary Injunction, Temporary Restraining order
28 USC 1331

I Jonathan Lee Riches face imminent danger and bodily harm on 8-16-10, the Defendants issued a fatwa against me at the Florence Colorado ADX because I'm Jewish and told every muslim and cambodian worldwide to kill me with weapons supplied by Fort Hood. Muslims are praying at the Dar Al-Hijra Mosque for my Death and Destruction. Bin Laden is the mastermind. I'm scared, nervous, this is a Jihad against my life. I seek a restraining order.

respectfully

8-16-10
Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512