IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02089-ZLW

JONATHAN LEE RICHES, a/k/a
FAISAL SHAHZAD,

    Plaintiff,

v.

IMAM ANWAR AL-AWLAKI, et al.,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2010

GREGORY C. LANGHAM
                       CLERK

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Philip A. Brimmer, District Judge, for Zita Leeson Weinshienk, Senior Judge, on October 26, 2010, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26th day of October, 2010.

                       FOR THE COURT,

                       GREGORY C. LANGHAM, Clerk

                       By: _____
                           Deputy Clerk